**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Able Home Health, LLC, et al.

                                 Plaintiff,

v.                                                    Case No.: 1:12–cv–05608
                                                          Honorable Geraldine Soat Brown

Globe Medical–Surgical Supply Co., et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 26, 2014:

      MINUTE entry before the Honorable Geraldine Soat Brown: The Court approves the final accounting regarding disbursement of settlement proceeds. This case and the claims of class members are dismissed with prejudice pursuant to settlement. Terminate civil case. Notices mailed by Judicial Staff. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.